■ MARI L. ENGLISH, as Administratrix of the Estate of JAMES M. ENGLISH, Deceased, Respondent, v NORMAN S. LUCE et al., Respondents, and COUNTY OF NIAGARA, Appellant.— Order unanimously affirmed, with costs (see, Foehner v Bauer, 126 AD2d 941). (Appeal from order of Supreme Court, Niagara County, Cook, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.